IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-878-RGA |
| | ) | |
| MORGAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 11, 2013 copies of: (1) **PARALLEL IRON, LLC'S OBJECTIONS AND RESPONSES TO MORGAN STANLEY'S FIRST SET OF INTERROGATORIES**; (2) **PARALLEL IRON, LLC'S OBJECTIONS AND RESPONSES TO MORGAN STANLEY'S FIRST SET OF REQUESTS FOR ADMISSIONS**; and (3) this **NOTICE OF SERVICE** were served upon the following counsel as shown:

**BY EMAIL AND BY HAND**
Melanie K. Sharp, Esquire
Monte T. Squire, Esquire
Robert M. Vrana, Esquire
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**
James H. Shalek, Esquire
Joon R. Yoon, Esquire
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

| | |
|---|---|
| January 11, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* <br> Richard D. Kirk (rk0922) |
| Marc Fenster <br> Alexander C.D. Giza <br> Russ August & Kabat <br> 12424 Wilshire Blvd., Suite 1200 <br> Los Angeles, CA 90025 <br> mfenster@raklaw.com <br> agiza@raklaw.com <br> (310) 826-7474 | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> (302) 655-5000 |
| | *Attorneys for Plaintiff Parallel Iron, LLC* |