IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-878-RGA<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 18, 2013 copies of: (1) **PLAINTIFF PARALLEL IRON, LLC'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**; and (2) this **NOTICE OF SERVICE** were served upon the following counsel as shown:

**BY EMAIL AND BY HAND**
Melanie K. Sharp, Esquire
Monte T. Squire, Esquire
Robert M. Vrana, Esquire
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**
James H. Shalek, Esquire
Joon R. Yoon, Esquire
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

| | |
|---|---|
| January 18, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| Marc Fenster | Stephen B. Brauerman (sb4952) |
| Alexander C.D. Giza | Vanessa R. Tiradentes (vt5398) |
| Paul A. Kroeger | 222 Delaware Avenue, Suite 900 |
| Russ August & Kabat | P.O. Box 25130 |
| 12424 Wilshire Blvd., Suite 1200 | Wilmington, DE  19899 |
| Los Angeles, CA 90025 | rkirk@bayardlaw.com |
| mfenster@raklaw.com | sbrauerman@bayardlaw.com |
| agiza@raklaw.com | vtiradentes@bayardlaw.com |
| pkroeger@raklaw.com | (302) 655-5000 |
| (310) 826-7474 | |
| | *Attorneys for Plaintiff Parallel Iron, LLC* |

2