IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-878-RGA |
| v. | ) | |
| | ) | |
| MORGAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Defendant Morgan Stanley's Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Notice were caused to be served on January 18, 2013 upon the following in the manner indicated:

**BY E-MAIL (by agreement of counsel)**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

**BY E-MAIL**

Marc A. Fenster
Alexander C.D. Giza
Russ, August & Kabat
Paul A. Kroeger
12424 Wilshire boulevard, 12th Floor
Los Angeles, CA  90025
mfenseter@raklaw.com
agiza@raklaw.com
pkroeger@raklaw.com

Hao Ni
Ni Law Firm, PLLC
3102 Maple Avenue, Suite 400
Dallas, TX  75201
hni@nilawfirm.com

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Robert M. Vrana*

          _____
          Melanie K. Sharp (No. 2501)
          Monté T. Squire (No. 4764)
          Robert M. Vrana (No. 5666)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          P.O. Box 391
          Wilmington, Delaware 19899-0391
          (302) 571-6681
          msharp@ycst.com

          PROSKAUER ROSE LLP
          James H. Shalek
          Joon R. Yoon
          Eleven Times Square
          New York, New York 10036
          (212) 969-3000

Dated: January 18, 2013        *Attorneys for Defendant Morgan Stanley*