**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 12-762-RGA |
| | : | |
| ADKNOWLEDGE, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| PARALLEL IRON, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 12-763-RGA |
| | : | |
| AMAZON WEB SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| PARALLEL IRON, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 12-764-RGA |
| | : | |
| EMC CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| PARALLEL IRON, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 12-766-RGA |
| | : | |
| HITACHI DATA SYSTEMS CORPORATION, et al., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

PARALLEL IRON, LLC,                          :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :   C. A. No. 12-769-RGA
                                             :
NETAPP INC.,                                 :
                                             :
                    Defendant.               :
_____:
PARALLEL IRON, LLC,                          :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :   C. A. No. 12-874-RGA
                                             :
ADOBE SYSTEMS INCORPORATED,                  :
                                             :
                    Defendant.               :
_____:
PARALLEL IRON, LLC,                          :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :   C. A. No. 12-876-RGA
                                             :
FACEBOOK, INC.,                              :
                                             :
                    Defendant.               :
_____:
PARALLEL IRON, LLC,                          :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :   C. A. No. 12-877-RGA
                                             :
LINKEDIN CORPORATION,                        :
                                             :
                    Defendant.               :
_____:

PARALLEL IRON, LLC, :
 :
    Plaintiff, :
 :
  v. : C. A. No. 12-878-RGA
 :
MORGAN STANLEY, :
 :
    Defendant. :
_____:
PARALLEL IRON, LLC, :
 :
    Plaintiff, :
 :
  v. : C. A. No. 12-879-RGA
 :
MOTOROLA MOBILITY LLC, :
 :
    Defendant. :
_____:
PARALLEL IRON, LLC, :
 :
    Plaintiff, :
 :
  v. : C. A. No. 12-880-RGA
 :
ORBITZ, :
 :
    Defendant. :
_____:
PARALLEL IRON, LLC, :
 :
    Plaintiff, :
 :
  v. : C. A. No. 12-995-RGA
 :
BANK OF AMERICA, N.A., :
 :
    Defendant. :
_____:

PARALLEL IRON, LLC,           :

                        :

           Plaintiff,      :

                        :

      v.                :    C. A. No. 12-1035-RGA

                        :

NETFLIX, INC.,                :

                        :

           Defendant.    :

## ORDER

At Wilmington, this **31st day of January, 2013.**

Pursuant to a teleconference on **January 30, 2013** in the *Parallel Iron* cases,
IT IS ORDERED as follows:

1. On or before **June 10, 2013**, each party shall email to Magistrate Judge
Thynge, with a copy to her Judicial Administrator, Cathleen Kennedy, the following
information:

    a. Whether any discussions have occurred between plaintiff and a
defendant regarding settlement; when those discussions occurred (exact dates are not
required); and who was included in those discussion (e.g., principals or party
representatives, in house counsel, outside counsel, etc.), status of the settlement
discussions, and, if applicable, the party's understanding why such discussions have not
occurred, or why they ended.

    b.  Timing of when a party believes mediation would be most
beneficial/productive (e.g., pre-or post-claim construction briefing, after *Markman* but before
any decision, after a *Markman* decision is render, etc.) and a brief explanation why.

    c. Whether there are additional matters of which the court should be
aware affecting a party's position on mediation (e.g., motions, indemnification and from

whom indemnification would be sought, etc.).

The email is confidential and copying other parties in this litigation is not required.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE