IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-762 (RGA) |
| | ) | |
| ADKNOWLEDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-763 (RGA) |
| | ) | |
| AMAZON WEB SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-764 (RGA) |
| | ) | |
| EMC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-766 (RGA) |
| | ) | |
| HITACHI DATA SYSTEMS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-769 (RGA) |
| | ) | |
| NETAPP INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-874 (RGA) |
| | ) | |
| ADOBE SYSTEMS INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-876 (RGA) |
| | ) | |
| FACEBOOK INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-877 (RGA) |
| | ) | |
| LINKEDIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| PARALLEL IRON, LLC,         Plaintiff,    v. MORGAN STANLEY,         Defendant. | C.A. No. 12-878 (RGA) |
| PARALLEL IRON, LLC,         Plaintiff,    v. MOTOROLA MOBILITY LLC,         Defendant. | C.A. No. 12-879 (RGA) |
| PARALLEL IRON, LLC,         Plaintiff,    v. ORBITZ, LLC,         Defendant. | C.A. No. 12-880 (RGA) |
| PARALLEL IRON, LLC,         Plaintiff,    v. BANK OF AMERICA N.A.,         Defendant. | C.A. No. 12-995 (RGA) |

| | |
|---|---|
| PARALLEL IRON, LLC, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>NETFLIX, INC. )<br>)<br>    Defendant. ) | C.A. No. 12-1035 (RGA) |

## STIPULATION TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER

  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Parallel Iron, LLC, and Defendants in each of the above-captioned cases, subject to the approval of the Court, that the time within which the parties shall submit a proposed Protective Order pursuant to the Scheduling Order in these matters, (*e.g.* D.I. 13, C.A. No. 12-762), is extended to and including March 1, 2013.

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Parallel Iron, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendants Amazon Web Services, LLC, Amazon.com, Inc., EMC Corp., LinkedIn Corporation, Motorola Mobility, Inc., NetApp, Inc., Netflix, Inc. and Orbitz LLC.*

4

POTTER ANDERSON & CORROON, LLP

*/s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Adobe Systems Inc., Bank of America N.A., BlueArc Corp., and Hitachi Data Systems Corp.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert Vrana*
Melanie K. Sharp (#2501)
Monté T. Squire (#4764)
Robert Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com
msquire@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Adknowledge, Inc. and Morgan Stanley*

BLANK ROME LLP

*/s/ Steven L. Caponi*
Steven L. Caponi (#3484)
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
caponi@blankrome.com

*Attorneys for Defendants Facebook Inc.*

      **SO ORDERED** this _____ day of January 2013.

                                                                                                              _____
                                                                                                             United States District Judge