

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

302.429.4232  
sbrauerman@bayardlaw.com

March 1, 2013

**VIA CM/ECF, ORIGINAL BY HAND**

The Honorable Richard G. Andrews  
United States District Court  
District of Delaware  
844 N. King Street  
Wilmington, DE 19801-3555

Re: *Parallel Iron, LLC Patent Litigation – Proposed Protective Order*

Dear Judge Andrews:

I write on behalf of the parties in the above referenced actions to enclose a form of protective order for Your Honor's review and approval. The parties have one dispute in Paragraph 21 concerning the scope of the prosecution bar and have set forth their competing proposals in bold in that paragraph. Counsel will contact chambers on Monday to schedule a discovery dispute conference pursuant to the Court's procedures. Should Your Honor have any questions or require any additional information, counsel is available at the convenience of the Court.

Respectfully submitted,

/s/ Stephen B. Brauerman

Stephen B. Brauerman (No. 4952)

cc: Richard D. Kirk, Esquire  
    Counsel of record

