IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-878-RGA |
| v. | ) |
| | ) |
| MORGAN STANLEY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Defendant Morgan Stanley's Production of Core Technical Documents Pursuant to Paragraph 4(b) of the D. Del. Default Standard for Discovery and this Notice were caused to be served on April 1, 2013 upon the following in the manner indicated:

**BY E-MAIL (by agreement of counsel)**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

**BY E-MAIL**

Marc A. Fenster
Alexander C.D. Giza
Russ, August & Kabat
Paul A. Kroeger
12424 Wilshire boulevard, 12th Floor
Los Angeles, CA  90025
mfenseter@raklaw.com
agiza@raklaw.com
pkroeger@raklaw.com

Hao Ni
Ni Law Firm, PLLC
3102 Maple Avenue, Suite 400
Dallas, TX  75201
hni@nilawfirm.com

01:13494809.1

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Monté T. Squire*
        _____
        Melanie K. Sharp (No. 2501)
        Monté T. Squire (No. 4764)
        Robert M. Vrana (No. 5666)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6681
        msharp@ycst.com

        PROSKAUER ROSE LLP
        James H. Shalek
        Joon R. Yoon
        Eleven Times Square
        New York, New York 10036
        (212) 969-3000

Dated: April 1, 2013        *Attorneys for Defendant Morgan Stanley*