# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-878-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MORGAN STANLEY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT MORGAN STANLEY'S
## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, attorneys Melanie K. Sharp, Monté T. Squire and Robert M. Vrana of Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, hereby withdraw their appearances and request that they be removed from the electronic service list for this case and that the attorneys noted below be substituted in as counsel for Defendant Morgan Stanley:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Monté T. Squire* <br>     Melanie K. Sharp (#2501) <br>     Monté T. Squire (#4764) <br>     Robert M. Vrana (#5666) <br>     Rodney Square <br>     1000 North King Street <br>     Wilmington, DE 19801 <br>     Tel: (302) 571-6630 <br>     msharp@ycst.com <br>     msquire@ycst.com <br>     rvrana@ycst.com | By: */s/ Richard L. Horwitz* <br>     Richard L. Horwitz (#2246) <br>     David E. Moore (#3983) <br>     Bindu A. Palapura (#5370) <br>     1313 North Market Street <br>     Hercules Plaza, 6th Floor <br>     Wilmington, DE 19801 <br>     Tel: (302) 984-6000 <br>     rhorwitz@potteranderson.com <br>     dmoore@potteranderson.com <br>     bpalapura@potteranderson.com |

Dated: June 11, 2013
1109990/40503

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 11, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 11, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Marc Fenster |
| Stephen B. Brauerman | Alexander C.D. Giza |
| Vanessa R. Tiradentes | Paul A. Kroeger |
| Bayard, P.A. | Russ August & Kabat |
| 222 Delaware Avenue, Suite 900 | 12424 Wilshire Blvd., Suite 1200 |
| P. O. Box 25130 | Los Angeles, CA  90025 |
| Wilmington, DE  19899 | mfenster@raklaw.com |
| rkirk@bayardlaw.com | agiza@raklaw.com |
| sbrauerman@bayardlaw.com | pkroeger@raklaw.com |
| vtiradentes@bayardlaw.com | |

By:  /s/ Richard L. Horwitz
   Richard L. Horwitz
   David E. Moore
   Bindu A. Palapura
   POTTER ANDERSON & CORROON LLP
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com
   bpalapura@potteranderson.com

1110017/40496