# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-878-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MORGAN STANLEY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on June 12, 2013, upon the following attorneys of record as indicated below:

**DEFENDANT MORGAN STANLEY'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF PARALLEL IRON**

### VIA HAND DELIVERY

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

                POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    1313 North Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

Dated:  June 12, 2013
1110335/40496

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 12, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 12, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Marc Fenster |
| Stephen B. Brauerman | Alexander C.D. Giza |
| Vanessa R. Tiradentes | Paul A. Kroeger |
| Bayard, P.A. | Russ August & Kabat |
| 222 Delaware Avenue, Suite 900 | 12424 Wilshire Blvd., Suite 1200 |
| P. O. Box 25130 | Los Angeles, CA  90025 |
| Wilmington, DE  19899 | mfenster@raklaw.com |
| rkirk@bayardlaw.com | agiza@raklaw.com |
| sbrauerman@bayardlaw.com | pkroeger@raklaw.com |
| vtiradentes@bayardlaw.com | |

By:  /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1110017/40496