IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-762 (RGA) |
| | ) | |
| ADKNOWLEDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-763 (RGA) |
| | ) | |
| AMAZON WEB SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-764 (RGA) |
| | ) | |
| EMC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-766 (RGA) |
| | ) | |
| HITACHI DATA SYSTEMS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| PARALLEL IRON, LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>NETAPP INC.,  )<br>  )<br>      Defendant.  ) | C.A. No. 12-769 (RGA) |
| PARALLEL IRON, LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>FACEBOOK INC.,  )<br>  )<br>      Defendant.  ) | C.A. No. 12-876 (RGA) |
| PARALLEL IRON, LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>LINKEDIN CORPORATION,  )<br>  )<br>      Defendant.  ) | C.A. No. 12-877 (RGA) |
| PARALLEL IRON, LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>MORGAN STANLEY,  )<br>  )<br>      Defendant.  ) | C.A. No. 12-878 (RGA) |

| | |
|---|---|
| PARALLEL IRON, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> MOTOROLA MOBILITY LLC, ) </br> ) </br> Defendant. ) | C.A. No. 12-879 (RGA) |
| PARALLEL IRON, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ORBITZ, LLC, ) </br> ) </br> Defendant. ) | C.A. No. 12-880 (RGA) |
| PARALLEL IRON, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> BANK OF AMERICA N.A., ) </br> ) </br> Defendant. ) | C.A. No. 12-995 (RGA) |
| PARALLEL IRON, LLC, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> NETFLIX, INC. ) </br> ) </br> Defendant. ) | C.A. No. 12-1035 (RGA) |

| | |
|---|---|
| PARALLEL IRON, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )  C.A. No. 13-367 (RGA)<br>)<br>GOOGLE INC. )<br>)<br>Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Proposed Terms and Phrases for Construction* were caused to be served on June 14, 2013 upon the following in the manner indicated:

Richard D. Kirk                                                                                                         *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
*Attorneys for Parallel Iron LLC*

Marc A. Fenster                                                                                                          *VIA ELECTRONIC MAIL*
Alexander C.D. Giza
Paul A. Kroeger
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
mfenster@raklaw.com
agiza@raklaw.com
pkroeger@raklaw.com
*Attorneys for Parallel Iron LLC*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Eleanor G. Tennyson*

---

        Karen Jacobs Louden (#2881)
        Michael J. Flynn (#5333)
        Eleanor G. Tennyson (#5812)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        klouden@mnat.com
        mflynn@mnat.com
        etennyson@mnat.com

        *Attorneys for Defendant Orbitz, LLC*

June 14, 2013