IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | C.A. No. 12-878-RGA |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| MORGAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF GARY BHATTACHARJEE IN SUPPORT OF MORGAN STANLEY'S MOTION TO STAY

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant*
*Morgan Stanley*

Dated: June 17, 2013
Public Version Dated: June 27, 2013
1111893 / 40496

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARALLEL IRON, LLC,                    )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )    C.A. No. 12-878 (RGA)
                                       )
MORGAN STANLEY,                        )
                                       )
                    Defendant.         )

## DECLARATION OF GARY BHATTACHARJEE IN SUPPORT OF MORGAN STANLEY'S MOTION TO STAY

I, Gary Bhattacharjee, declare as follows:

1.      I am currently an Executive Director in the Enterprise Information Solutions team of Morgan Stanley Smith Barney, doing business at 1 New York Plaza, 11th Floor, New York, NY 10004.

2.      I am in charge of the Enterprise Information Solutions team and oversee its operations.

3.      All of Morgan Stanley's products and/or services implementing a Hadoop Distributed File System (HDFS) that have been placed into commercial use by Morgan Stanley were supplied by Cloudera, Inc. and only by Cloudera, Inc.

4.      The Morgan Stanley Hadoop implementation in relation to which I was quoted in the article identified by Parallel Iron LLC in its Disclosures Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information      (i.e., http://www.datanami.com/datanami/2012-05-30/morgan_stanley_turns_to_hadoop.html?goback =.gde_4166980_member_119942737) is Morgan Stanley's Hadoop/HDFS implementation supplied by Cloudera, Inc.

5.      From May of 2012 to September of 2012, Morgan Stanley ran an experimental test of a HDFS setup, comprised of a four-node cluster, which was downloaded directly from http://hadoop.apache.org/ (release version 1.0.2).  This test setup was exploratory in nature and never used for any commercial purposes whatsoever.  Prior to that time, Morgan Stanley had downloaded source code for Apache Hadoop (release version 0.23.1) from http://hadoop.apache.org/, which included HDFS, and set up a four-node cluster, but never made any use of that setup.  These setups were no longer in use by the end of September of 2012.

6.      There have not been any other uses of HDFS by Morgan Stanley beyond those described in Paragraphs 3, 4 and 5 above.

7.      All statements made herein of my own knowledge are true, and all statements made herein on information and belief are believed to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2013.

_____
Gary Bhattacharjee

1109180/40496

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 27, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 27, 2013, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Marc A. Fenster
Alexander C.D. Gaza
Paul A. Kroeger
Russ, August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
mfenster@raklaw.com
agiza@raklaw.com
pkroeger@raklaw.com

Hao Ni
NI Law Firm, PLLC
3102 Maple Ave., Suite 400
Dallas, TX 75201
hni@nilawfirm.com

By:   /s/ Richard L. Horwitz
      Richard L. Horwitz
      David E. Moore
      Bindu A. Palapura
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

1071187 / 39388