**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARALLEL IRON, LLC<br><br>v.<br><br>ADKNOWLEDGE, INC. | C.A. No. 12-762-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>AMAZON WEB SERVICES, LLC | C.A. No. 12-763-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>EMC CORPORATION | C.A. No. 12-764-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>HITACHI DATA SYSTEMS CORPORATION | C.A. No. 12-766-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>NETAPP INC. | C.A. No. 12-769-RGA |

| | |
|---|---|
| PARALLEL IRON, LLC<br><br>v.<br><br>GOOGLE INC. | C.A. No. 13-367-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>FACEBOOK INC. | C.A. No. 12-876-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>LINKEDIN CORPORATION | C.A. No. 12-877-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>MORGAN STANLEY | C.A. No. 12-878-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>MOTOROLA MOBILITY LLC | C.A. No. 12-879-RGA |
| PARALLEL IRON, LLC<br><br>v.<br><br>ORBITZ, LLC | C.A. No. 12-880-RGA |

| | |
|---|---|
| PARALLEL IRON, LLC | C.A. No. 12-995-RGA |
| v. | |
| BANK OF AMERICA, N.A. | |

| | |
|---|---|
| PARALLEL IRON, LLC | C.A. No. 12-1035-RGA |
| v. | |
| NETFLIX, INC. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 11 of the Scheduling Order, dated January 2, 2013, Plaintiff Parallel Iron, LLC ("Parallel Iron") and the Defendants submit this Joint Claim Construction Chart. The patents-in-suit are U.S. Patent Nos. 7,543,177 (the "'177 Patent") and 7,958,388 (the "'388 patent") and 7,197,662 (the "'662 patent"). The parties' respective proposals for the terms in dispute, with citations to the intrinsic evidence in support of their respective proposed constructions, are set forth in Exhibit A hereto ("Statement of Disputed Terms"), with intrisic evidence beyond the issued patents attached thereto as Exhibits 1-12. The parties' proposals for the terms upon which they agree are set forth in Exhibit B hereto ("Statement of Agreed Upon Terms"). Copies of the patents-in-suit are attached as Exhibit C.

BAYARD, P.A.

/s/   Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Parallel Iron, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Karen Jacobs Louden (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Orbitz LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants Amazon Web Services, LLC, Amazon.com, Inc., EMC Corp., Google Inc., LinkedIn Corporation, Motorola Mobility LLC, NetApp, Inc., and Netflix, Inc.*

POTTER ANDERSON & CORROON, LLP

/s/ Bindu A. Palapura
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants Bank of America
N.A., BlueArc Corp., Hitachi Data Systems
Corp. and Morgan Stanley*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
Melanie K. Sharp (#2501)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com
swilson@ycst.com

*Attorneys for Defendant Adknowledge, Inc.*

BLANK ROME LLP

/s/     Steven L. Caponi
Steven L. Caponi (#3484)
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
caponi@blankrome.com

*Attorneys for Defendant Facebook Inc.*

5