**EXHIBIT A**

**STATEMENT OF DISPUTED TERMS**

| Claim Term | Appears in Asserted Claim Nos. | Parallel Iron's Proposed Constructions and Intrinsic Evidence Citations | Defendants' Proposed Constructions and Intrinsic Evidence Citations[1] |
|---|---|---|---|
| (1) "address" | '662 Patent, Claim 6, 7, 9 and 18. | **Proposed Construction:**<br><br>Plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br>The '662 Patent, Figure 12, 6:46-51; 11:56 to 12:5; 13:53 to 14:6; 14:55 to 15:3; 15:29-55; 17:53 to 18:3; 18:47-58. | **Proposed Construction:**<br><br>indefinite for lack of antecedent basis<br><br>**Intrinsic Evidence:**<br>'662 Patent, Claims 6, 7, and 9 |
| (2) "algorithm/routing algorithm" | '662 Patent, claim 1, 4, 5, 6, 12, 13, 14, ;<br><br>'177 patent, claim 1 , 13, 19;<br><br>'388 patent, claim 1, 2, 3, 7, 8, 12, 14, | **Proposed Construction:**<br><br>rules in software for [configuring/changing] a path between an incoming interface and an outgoing interface<br><br>**Intrinsic Evidence:**<br>The '662 Patent, 9:52-64; 13:53-14:6; 14:55-60; 18:48-58; 19:21-34; 23:30-54; The '177 Patent, 9:38-51; 14:30-34; 18:16-26, 18:54-67;23:10-15; The '388 Patent, 9:41-53; 13:30-48; 14:30-35; 18:16-26;<br><br>Summary Section of the Invention of the '662, '177 and '388 patents. | **Proposed Construction:**<br><br>rules in software executed by a switch for [configuring/ changing] a path through the physical interconnections between an incoming interface and an outgoing interface, not including consulting a table<br><br>**Intrinsic Evidence:**<br>'662 Patent: Col. 6:6-8, 9:55-65, 13:53-60; 19:28-31, 14:21-16:24, 16:62-17:44, 25:18-26, and Figs. 2-4, 6-8, and 11<br><br>File History of the '177 Patent: Amendment dated July 18, 2008 (Exhibit 1). |

---

[1]   For clarity and to reduce duplication, Defendants' citations to one patent-in-suit are intended to include the corresponding references to the other patents-in-suit.  Defendants' intrinsic cites are illustrative and not intended to be an exhaustive list of all citations on which Defendants may rely in their briefing.

| | | | File History of U.S. Patent No. 7,543,177, Reply to Office Action, February 23, 2009, at page 11 (Exhibit 2).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at page 11 (Exhibit 3).<br><br>File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at page 1 (Exhibit 4). |
|---|---|---|---|
| (3) determining [an algorithm / a routing algorithm] for use by the switch [fabric / controller] in interconnecting | '662 Patent, claim 1;<br><br>'177 Patent, Claim 1, 13, 19;<br><br>'388 Patent, claim 1 | **Proposed Construction:**<br><br>determining the rules in software to [configure/change] a path for [connecting one component with another / routing data between components]<br><br>**Intrinsic Evidence:**<br>The '662 Patent, 18:48-58; The '177 Patent, 18:16-26; The '388 Patent, 18:16-26.<br><br>The '662 Patent, 8:41-50; The '177 Patent, 8:30-39; The '388 Patent, 8:32-41. | **Proposed Construction:**<br><br>determining the rules in software to be executed by a switch to [configure/change] a path through the physical interconnection for [connecting one component with another / routing data between components], the sequence of operations not including consulting a table<br><br>**Intrinsic Evidence:**<br>'662 Patent: Col. 6:6-8, 9:55-65, 13:53-60; 19:28-31, 14:21-16:24, 16:62-17:44, 25:18-26, and Figs. 2-4, 6-8, and 11<br><br>File History of the '177 Patent: Amendment dated July 18, 2008 (Exhibit 1) and Amendment dated February 23, 2009 (Exhibit 2).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at page 11 (Exhibit 3).<br><br>File History of EP Patent No. 1,565,819, Reply to |

| | | | EP Patent Office, August 13, 2008, at page 1 (Exhibit 4). |
|---|---|---|---|
| (4) error | '388 patent, Claim 14 | **Proposed Construction:**<br><br>Plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br>The '388 Patent, 6:44-54; 12:43-58; 22:13-34. | **Proposed Construction:**<br><br>Same as fault. (*i.e.* "operational failure")<br><br>**Intrinsic Evidence:**<br>'388 Patent, 12:43-58; Claim 14 |
| (5) "external management system" | '662 Patent, claim 4;<br><br>'388 Patent, Claim 3 and 10. | **Proposed Construction**<br><br>system external to storage system for reading or writing data, which is used for configuration management<br><br>**Intrinsic Evidence:**<br>'662 Patent, 4:31-50; 3:27-39; 4:28-46; 5:9-31; 6:21-44; 7:39-64; 8:14-24; 9:54 to 10:28; Figure 1 and 2; '388 Patent, 3:27-39; 4:28-46; 5:19-25; 6:21-44; 7:39-64; 8:14-24; 9:54 to 10:28; Figure 1 and 2. | **Proposed Construction**<br><br>system external to storage system and separate from servers for reading or writing data, which is used for configuration management<br><br>**Intrinsic Evidence:**<br>'662 Patent, 4:31-42, 5:24-27, 8:30-33, 6:46-51, 7:47-58, 10:11-27, Figs. 1 and 2 and related descriptions.<br><br>'388 Patent, 4:28-39, 5:19-22, 6:38-43, 7:39-49, 8:21-24, 9:65-10:13, Figs. 1 and 2 and related descriptions. |
| (6) "interconnecting the memory sections and the external device interfaces based on an algorithm" | '662 patent, Claim 1, 4, 5, 6, 12, 13<br><br>'177 patent, claim 1;<br><br>'388 patent, | **Proposed Construction:**<br><br>executing rules in software to configure selected interconnections based on an algorithm so as to connect the memory section and the external device<br><br>**Intrinsic Evidence:** | **Proposed Construction:**<br><br>executing rules in software to configure selected physical interconnections based on an algorithm so as to connect the memory section and the external device<br><br>**Intrinsic Evidence:** |

| | | | |
|---|---|---|---|
| | claim 1; | Summary Section of the Invention of the '662, '177 and '682 patents.<br><br>'622 Patent, Figure 6, Figure 7, 6:3-12, 9:52-64, 13:36 to 14:34, 18:59 to 19:2, 19:21 to 35, 21:5-30. 22:37-43;<br><br>'388 Patent, Figure 6, Figure 7, 7:63 to 8:4, 13:13-59; 18:27-37; 20:36-60; 21:64 to 22:3; 24:51-56; 9:41-53; 13:30-49; 14:30-34; 20:54 to 21:10.<br><br>'177 Patent: Figure 6, Figure 7, 7:63 to 8:4, 13:13-62; 18:27-37; 20:36-60; 21:64 to 22:3; 24:51-56; 9:41-53; 13:30-49; 14:30-34; 20:54 to 21:10. | '662 Patent: Col. 2:19-32, 4:19-30, 6:6-8, 9:55-65, 13:53-60; 19:28-31, 14:21-16:24, 16:62-17:44, 25:18-26, and Figs. 2-4, 6-8, and 11<br><br>File History of the '177 Patent: Amendment dated July 18, 2008 (Exhibit 1) and Amendment dated February 23, 2009 (Exhibit 2).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at page 11 (Exhibit 3).<br><br>File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at page 1 (Exhibit 4). |
| (7) "management system" | '177 Patent , Claims 1, 3, 4, 11, 13, 14, 18 | **Proposed Construction:**<br><br>system capable of controlling operations of one or more switches and/or one or more memory sections<br><br>**Intrinsic Evidence:**<br>The '662 Patent, 4:31-50, 3:27-39, 4:28-46, 5:9-31, 6:21-44; 7:39-64; 8:14-24;9:54 to 10:28; Figure 1, 2; The '177 Patent, 4:25-43, 3:25-38; 5:16-22; 6:19-35; 5:41-59; 6:25-40; 8:12-22; 7:37-62; 8:50-64; 9:52 to 10:25; Figure 1, 2; The '388 Patent, 3:27-39, 4:28-46, 5:19-25, 6:21-44; 7:39-64; 8:14-24;9:54 to 10:28; Figure 1, 2. | **Proposed Construction:**<br><br>system external to switches and memory sections for controlling operations of one or more switches and one or more memory sections<br><br>**Intrinsic Evidence:**<br>'662 Patent: Claims 1, 4- 6, 12-14, 17, 19-21; Abstract; 2:11-32; 5:24-37; 5:60-67; 6:13-22; 6:29-34; 6:63-10:67; 11:27-44; 13:10-14; 13:53-14:20; 19:26-35; 22:53-23:7; 23:66-24:12; 24:24-37; FIGS. 2, 3, 4, 5, 6, 7, 16 and associated descriptions |

|  |  |  | '177 Patent:  Claims 1, 3, 4, 11, 13-14, 18; Abstract; 2:13-34; 5:16-27; 5:50-56; 6:3-12; 6:19-24; 6:62-10:48; 11:9-25; 12:54-58; 13:30-62; 18:59-67; 22:13-34; 23:26-38; 23:51-65; FIGS. 2, 3, 4, 5, 6, 7, 16 and associated descriptions<br><br>'388 Patent:  Claims 1, 2, 8, 12, 14; Abstract; 2:16-37; 5:19-30; 5:53-59; 6:6-14; 6:21-26; 6:63-10:50; 11:11-27; 12:54-58; 13:30-62; 18:59-67; 22:13-34; 23:23-34; 23:46-58; FIGS. 2, 3, 4, 5, 6, 7, 16 and associated descriptions<br><br>File History of '177 Patent:  July 18, 2008 Amendment, at 4-6 (Exhibit 1); February 23, 2009 Reply to Office Action, at 10-12 (Exhibit 2)<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at 11 (Exhibit 3).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, February 24, 2006, at 23-24 (Exhibit 12 |
|---|---|---|---|
| (8) "memory device" | '662 Patent, Claims 1, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21;<br><br>'388 Patent, Claims 1, 2, 4, 5, 6, 8, | **Proposed Construction:**<br><br>Plain and ordinary meaning.<br><br>**Intrinsic Evidence:**<br><br>The '662 Patent, 5:9-23, 8:34-40; 8:51-60; 11 1-26, figures 11, 14, 15; The '177 Patent, 5:1-15; 8:23-29; 8:40-49; 10:52 to 11:53, figures 11, 14, 15; The '388 Patent, 10:63 to 11:9, figures 11, 14, 15. | **Proposed Construction:**<br><br>Random access memory<br><br>**Intrinsic Evidence:**<br>'662 Patent: Claims 1-3, 5, 10, and 14-16; 1:18-2:10; 3:28-42; 10:50-57; 11:12-21; FIGS. 5, 6, 7, 11, 15 and 16.<br><br>'388 Patent: Claims 4, 9, and 15.<br><br>File History of EP Patent No. 2,060,976, Reply to |

| | | | |
|---|---|---|---|
| | 11, 13-17; <br><br> '177 Patent, claims 1, 5, 12, 13, 17 | | EP Patent Office, June 14, 2010, at 2 (Exhibit 5). |
| (9) "memory section" | '662, Claims 1-6, 9, 12, 13, 14, 17-21; <br><br> '388, Claims 1, 2, 5, 6, 8, 9, 11, 12, 13, 14, 16, 17; <br><br> '177 patent, Claims 1, 5, 12, 13, 15, 17 | **Proposed Construction:** <br><br> a subsystem including one or more memory devices for storing information <br><br> **Intrinsic Evidence:** <br><br> The '662 Patent, 5:1-14; 4:47-56; 5:9-23, 5:44-57; 6:5-37; 7:39 to 8:64; figures 5, 6, 7, and 16. The '177 Patent, 5:1-15; 4:47-56; 5:9-23, 5:44-57; 6:5-37; 7:39 to 8:64; figures 5, 6, 7, and 16. The '388 Patent, 4:47-56; 5:9-23, 5:44-57; 6:5-37; 7:39 to 8:64; figures 5, 6, 7, and 16. | **Proposed Construction:** <br> a subsystem including one or more memory devices for storing information, the subsystem acting independent from other subsystems <br><br> **Intrinsic Evidence:** <br> '662 Patent: 2:11-32; 5:9-23; 5:51-6:62; 7:47-10:57; 11:1-13:32; 26:30-29:13; FIGS. 2, 5-9; 16 and associated descriptions <br><br> '177 Patent: 2:13-34; 5:1-15; 5:41-6:52; 7:37-10:39; 10:50-13:10; 25:53-28:27; FIGS. 2, 5-9; 16 and associated descriptions <br><br> '388 Patent: 2:16-37; 5:4-18; 5:44-6:54; 7:39-10:41; 10:52-13:9; 25:47-28:24; FIGS. 2, 5-9; 16 and associated descriptions <br><br> File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at pages 2-4 (Exhibit 1). |
| (10) "memory section controller" | '662 Patent, Claims 1, 4, 5, 6, 9, 12, 13, 14, 17, 18, 19, 20, 21; | **Proposed Construction:** <br> a hardware or software component that controls a memory section <br><br><br> **Intrinsic Evidence:** <br><br> The '662 Patent, 5:1-14; The '177 Patent, 5:1-15; | **Proposed Construction:** <br><br> A physical device that controls a memory section, and is separate from a memory device, switch, and management system <br><br><br><br> **Intrinsic Evidence:** |

| | | | |
|---|---|---|---|
| | '388 Patent, Claims 1, 8, 14. | The '388 Patent, 5:9-23;<br><br>Figures 5-7 and Summary Section of the Invention | '662 Patent:  Claims 1, 4-6, 12-14, 17, 19-21; Abstract; 2:11-32; 8:34-60; 11:1-13:32; 13:53-57; 19:4-20:34; 21:5-22:43; 22:53-23:7; 23:31-55; 24:12-23; 24:45-25:14; FIGS. 5-7; 16 and associated descriptions<br><br>'177 Patent:  Claims 1, 4, 12-14; Abstract; 2:13-34; 8:23-49; 10:50-13:10; 18:38-19:65; 20:36-22:3; 22:13-34; 22:57-23:14; 23:39-50; 24:6-42; FIGS. 5-7; 16 and associated descriptions<br><br>'388 Patent:  Claims 1, 8, 11, 14; Abstract; 2:16-37; 8:25-51; 10:52-13:9; 13:30-34; 18:38-19:65; 20:36-22:3; 22:13-34; 22:57-23:14; 23:35-45; 23:66-24:35; FIGS. 5-7; 16 and associated descriptions<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 3-5 (Exhibit 1).<br><br>File History of U.S. Pat. No. 7,707,351:  Oct. 11, 2007 Reply, at 3-5 (Exhibit 6). |
| (11) "non-volatile storage device" | '662 Patent, Claim 1. 2, 14-16;<br><br>'388 Patent, Claims 4, 9, and 15 | **Proposed Construction:**<br>dedicated storage device that can store back-up versions of data and is capable of retaining data without power<br><br>**Intrinsic Evidence:**<br>'622 Patent, figure 1, 3:27-41; '388 Patent, figure 1, 3:27-40; 10:28-41; '177 Patent, figure 1, 3:25-38; 10:26-39. | **Proposed Construction:**<br>dedicated storage device separate from a memory section, which stores back-up versions of data and is capable of retaining data without continuous power<br><br>**Intrinsic Evidence:**<br>'662 Patent, Claims 1-3, 5, 10, and 14-16; 3:39-41; 4:19-30; 10:44-57; 15:9-22; 19:21-35; FIGS. 1 and 2.<br><br>'388 Patent, Claims 4, 9, and 15. |

| (12) "removing from service the memory section from which the fault message was received" | '622 Patent, Claims 1, 4, 5, 6, 12-14, 17, 19, 20, 21;<br><br>'177 Patent, Claims 13 and 19;<br><br>'388 Patent, Claims 7 and 14 | **Proposed Construction:**<br>suspending normal read and write operations to the failed memory device<br><br>**Intrinsic Evidence:**<br>Summary Section of the Invention, '662 Patent, '177 Patent, '388 Patent.<br>'662 Patent; 8:7-22; 9:51 to 10:7; '388 Patent, 8:14-65, 10:28-41; '177 Patent, 8:12-63, 10:26-39. | **Proposed Construction:**<br>Configuring the switch/switch fabric to change physical interconnections so as to disconnect the faulty memory section from the storage system<br><br>**Intrinsic Evidence:**<br>All independent claims<br>'662 Patent: 8:6-19; 8:61-9:7.<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 2-4, 6 (Exhibit 1). |
|---|---|---|---|
| (13) "switch" | '177 Patent: Claims 5, 6, 8, 13, 14, 15, 16, 17, 18;<br><br>'388 Patent: Claims 2, 4, 5, 8, 9, 12, 13, 14, 15, 16;<br><br>'662 Patent: Claims 1, 3, 5, 12, 13, 14, 16, 17, 19, 20, 21 | **Proposed Construction:**<br>a hardware or software component that includes one or more interfaces and a switch fabric, and that directs data requests and associated data between the memory section and other components of the system<br><br>**Intrinsic Evidence:**<br>The '662 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:51-60; The '388 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:47-56; 5:63-6:5; The '177 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:44-53; 5:60 to 6:2; 6:13 to 6:18. | **Proposed Construction:**<br>A device, external to the memory section and a management system, that includes one or more interfaces and a switch fabric, and that directs data requests and associated data between the memory section and other components of the system outside the switch<br><br>**Intrinsic Evidence:**<br>'662 Patent, FIGS. 2, 5-9, and 12<br>Col. 2:19-24; 4:53-55; 6:3-8; 6:23-28; 9:41-55; 9:60-64; 13:36-16:60; 17:57-18:3; 18:48-58; 19:4-7; 19:28-29; 21:5-30; 23:66-24:7<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 2-4 (Exhibit 1).<br><br>File History of U.S. Patent No. 7,415,565, Examiner Interview Summary Record (Exhibit 7); and January 25, 2007 Amendment to the claims (Exhibit 8). |

| | | | File History of U.S. Patent No. 7,707,351, Reply to Office Action, July 7, 2005, at 28-29 (Exhibit 9).<br><br>File History of U.S. Patent No. 7,707,351, February 21, 2006 Applicant Arguments/Remarks Made in an Amendment, at 29-31 (Exhibit 10).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, September 25, 2006, at pages 27-29 (Exhibit 11).<br><br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, February 24, 2006, at 23-24 (Exhibit 12).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, October 11, 2007, at 4 (Exhibit 6).<br><br>File History of EP Patent No. 1,565,819, Reply to EP Patent Office, August 13, 2008, at 1 (Exhibit 4). |
| (14) "switch controller" | '177 Patent: Claims 1, 4, 13;<br><br>'388 Patent: Claims 1, 2, 5, 8, 12, 14, 16 | **Proposed Construction:**<br>Plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br>The '662 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:51-60; ; 9:41-51.The '388 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:47-56; 5:63-6:5; ; 9:30-40; The '177 Patent, Figures 2, 5, 6, 7, 8, 9, 12, Summary Section of Invention, 4:44-53; 5:60 to 6:2; 6:13 to 6:18; 9:28-38. | **Proposed Construction:**<br>physical component within the switch and separate from the switch fabric, which controls the switch<br><br>**Intrinsic Evidence:**<br>'662 Patent, FIGS. 2, 5-9, and 12<br>Col. 2:19-24; 4:53-55; 6:3-8; 6:23-28; 9:41-55; 9:60-64; 13:36-16:60; 17:57-18:3; 18:48-58; 19:4-7; 19:28-29; 21:5-30; 23:66-24:7<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 3 (Exhibit 1). |

| | | | File History of U.S. Patent No. 7,415,565, Examiner Interview Summary Record (Exhibit 7); and January 25, 2007 Amendment to the claims (Exhibit 8).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, July 7, 2005, at 28-29 (Exhibit 9).<br><br>File History of U.S. Patent No. 7,707,351, February 21, 2006 Applicant Arguments/Remarks Made in an Amendment, at 29-31 (Exhibit 10).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, September 25, 2006, at pages 27-29 (Exhibit 11).<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, February 23, 2009, at 2, 10-11 (Exhibit 2). |
|---|---|---|---|
| (15) "switch fabric" | '177 Patent: Claims 1, 2, 3, 6, 7;<br><br>'388 Patent: Claims 1, 8;<br><br>'662 Patent: Claims 1, 4, 5, 6, 12, 13 | **Proposed Construction:**<br>the physical interconnection architecture that directs data from an incoming interface to an outgoing interface<br><br>**Intrinsic Evidence:**<br>The '662 Patent, 6:3-12; The '177 Patent, 5:60 to 6:2; The '388 Patent, 5:63 to 6:5. | **Proposed Construction:**<br>the physical interconnection architecture within a switch that directs data from an incoming interface to an outgoing interface<br><br>**Intrinsic Evidence:**<br>'662 Patent, FIGS. 2, 5-9, and 12<br>Col. 2:19-24; 4:53-55; 6:3-8; 6:23-28; 9:41-55; 9:60-64; 13:36-16:60; 17:57-18:3; 18:48-58; 19:4-7; 19:28-29; 21:5-30; 23:66-24:7<br><br>File History of U.S. Patent No. 7,543,177, Reply to Office Action, July 18, 2008, at 2-4 (Exhibit 1). |

| | | | File History of U.S. Patent No. 7,415,565, Examiner Interview Summary Record (Exhibit 7); and January 25, 2007 Amendment to the claims (Exhibit 8).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, July 7, 2005, at 28-29 (Exhibit 9).<br><br>File History of U.S. Patent No. 7,707,351, February 21, 2006 Applicant Arguments/Remarks Made in an Amendment, at 29-31 (Exhibit 10).<br><br>File History of U.S. Patent No. 7,707,351, Reply to Office Action, September 25, 2006, at 27-29 (Exhibit 11). |
| --- | --- | --- | --- |

**MEANS PLUS FUNCTION CLAIMS**

| Claim Term | Appears in Asserted Claim Nos. | Parallel Iron's Proposed Constructions and Intrinsic Evidence Citations | Defendants' Proposed Constructions and Intrinsic Evidence Citations |
|---|---|---|---|
| (16) means for receiving the fault message | '177 Patent: Claim 19;<br><br>'388 Patent: Claim 7 | **Function**:<br>Receiving the fault message<br><br>**Structure**<br><br>'177 Patent Col. 8:12-23<br><br>'388 Patent Col. 8:14-24 | **Function**:<br>Receiving the fault message<br><br><br><br>**Structure**<br>Indefinite |
| (17) means for detecting a fault in regard to the data stored by the means for storing and transmitting a fault message in response to the fault | '177 Patent: Claim 19;<br><br>'388 Patent: Claim 7 | **Function**:<br>detecting a fault in regard to the data stored by the means for storing and transmitting a fault message in response to the fault<br><br><br><br>**Structure**<br>'388 Patent: Col 4:16-27, 7:39-64, 11:38-53, 12:43-58 | **Function**:<br>(1) detecting a fault in regard to the data stored by the means for storing;  and (2) transmitting a fault message in response to the fault<br><br><br><br>**Structure**<br>Indefinite |
| (18) means for receiving the fault message, removing from service the means for storing from which the fault message was received by changing the routing algorithm, | '177 Patent: Claim 19 | **Function**:<br>receiving the fault message, removing from service the means for storing from which the fault message was received by changing the routing algorithm, determining the routing algorithm for use by the programmable means for switching in connecting the means for storing and the one or more interfaces, and instructing the programmable means for | **Function**:<br>(1) receiving the fault message; (2) removing from service the means for storing from which the fault message was received by changing the routing algorithm; (3) determining the routing algorithm for use by the programmable means for switching in connecting the means for storing and the one or more interfaces; and (4) instructing the programmable means for switching to execute the |

| | | | |
|---|---|---|---|
| determining the routing algorithm for use by the programmable means for switching in connecting the means for storing and the one or more interfaces, and instructing the programmable means for switching to execute the determined routing algorithm, such that the programmable means for switching connects the means for storing to the one or more interfaces based on the routing algorithm | | switching to execute the determined routing algorithm, such that the programmable means for switching connects the means for storing to the one or more interfaces based on the routing algorithm<br><br><br>**Structure**<br>'388 Patent: Col. 8:53-65 | determined routing algorithm, such that the programmable means for switching connects the means for storing to the one or more interfaces based on the routing algorithm<br><br><br>**Structure**<br>Indefinite |
| (19) means for removing from service the means for storing associated with the fault message by changing the routing algorithm executed by the programmable means for forming connections | '388 Patent: Claim 7 | **Function**:<br> removing from service the means for storing associated with the fault message by changing the routing algorithm executed by the programmable means for forming connections<br><br><br>**Structure**<br>'177 Patent Col. 8:50-63 | **Function**:<br>removing from service the means for storing associated with the fault message by changing the routing algorithm executed by the programmable means for forming connections<br><br><br>**Structure**<br><br>Indefinite |

| (20) means for storing | | **Function**:<br> Storing | **Function**:<br> storing |
|---|---|---|---|
| | '177 Patent:<br>Claim 19;<br><br>'388 Patent:<br>Claim 7 | **Structure**<br>'177 Patent: Col. 9:39-51, 11:54-12:10; Figs. 11, 12 (and corresponding description in specification) | **Structure**<br>The combined structure of "means for storing data in storage locations" and the "means for detecting a fault, in regard to the data stored by the means for storing, and transmitting a fault message, in response to the fault"<br><br>**Intrinsic Evidence**<br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at 7 (Exhibit 3). |
| (21) means for storing data in storage locations | | **Function**:<br> Storing data in storage locations | **Function**:<br> Storing data in storage locations |
| | '177 Patent:<br>Claim 19;<br><br>'388 Patent:<br>Claim 7 | **Structure**<br><br>'177 Patent: Col. 3:25-51, Col. 4:13-24, Fig. 1<br>'388 Patent: Col. 3:27-54, 4:16-27, Fig. 1 | **Structure**<br>Section controller 54 configured to implement the algorithm described in FIG. 12 at steps S1232-S1236 and the corresponding portion of the '177 patent specification at 19:24-40 and 19:53-60 or at 24:63-25:17 ('338 patent at 19:24-40 and 19:53-60 or at 24:56-67)<br><br>**Intrinsic Evidence**<br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at 7 (Exhibit 3). |
| (22) programmable means for forming | | **Function**:<br> forming connections between the means for | **Function**:<br> forming connections between the means for |

| | | | |
|---|---|---|---|
| connections between the means for storing and one or more interfaces according to a routing algorithm executed by the programmable means for forming connections | '388 Patent: Claim 7 | storing and one or more interfaces according to a routing algorithm executed by the programmable means for forming connections<br><br>**Structure**<br>'388 Patent: Col. 9:41-53, 11:55-12:11; Figs. 11, 12 (and corresponding description in specification) | storing and one or more interfaces according to a routing algorithm executed by the programmable means for forming connections<br><br>**Structure**<br>indefinite |
| (23) programmable means for forming connections | '388 Patent: Claim 7 | **Function**:<br> forming connections<br><br><br>**Structure**<br>'177 Patent: Col. 9:41-53, 11:55-12:11; Figs. 11, 12 (and corresponding description in specification) | **Proposed Construction:**<br>Same as "programmable means for forming connections between the means for storing and one or more interfaces according to a routing algorithm executed by the programmable means for forming connections" |
| (24) programmable means for switching data being transmitted between the means for storing and one or more interfaces based on a routing algorithm | '177 Patent: Claim 19 | **Function**:<br> f switching data being transmitted between the means for storing and one or more interfaces based on a routing algorithm<br><br><br>**Structure**<br>'177 Patent: Col. 9:39-51, 11:54-12:10;  Figs. 11, 12 (and corresponding description in specification) | **Function**:<br>switching data being transmitted between the means for storing and one or more interfaces based on a routing algorithm<br><br><br>**Structure**<br>indefinite<br><br>**Intrinsic Evidence**<br>File History of U.S. Patent No. 7,415,565, Reply to Office Action, July 7, 2005, at 7 (Exhibit 3). |

15

| (25) Programmable means for switching | '177 Patent: Claim 19 | **Function**: Switching  **Structure** '177 Patent: Col. 9:39-51, 11:54-12:10; Figs. 11, 12 (and corresponding description in specification) | **Proposed Construction:** Same as "programmable means for switching data being transmitted between the means for storing and one or more interfaces based on a routing algorithm" |
|---|---|---|---|