**EXHIBIT B**

**STATEMENT OF AGREED-UPON TERMS**

| Claim Term | Patent (Claims) | Agreed Upon Construction |
|---|---|---|
| (1) "fault" | '177 Patent: Claims 1, 13, 19; '388 Patent: Claims 1, 2, 3, 7, 8; '662 Patent: Claims 14, 17, 19, 20, 21 | Operational failure. |
| (2) "fault message" | '177 Patent: Claims 1, 3, 19; '388 Patent: Claims 1, 7, 8, 14, 15; '662 Patent: Claims 1, 3, 4, 5, 6, 12, 13, 14, 17, 19, 20, 21 | Communication identifying that a fault has occurred and providing information regarding the fault. |
| (3) "inactivating" | '177 Patent: Claim 1; '388 Patent: Claims 1, 8 | Means the same as "removing from service the memory section from which the fault message was received" (subject to the Court's construction of related terms). |
| (4) "memory section controller capable of detecting faults in the memory section" | '177 Patent: Claim 1; '388 Patent: Claims 1, 5, 8, 16; '662 Patent: Claims 1, 4, 5, 6, 12, 13 | Plain and ordinary meaning (subject to the construction of "fault," "memory section," and "memory section controller." |
| (5) "outputs" | '662 Patent: Claims 10, 11 | Plain and ordinary meaning |
| (6) "receiving fault messages from the memory section | '177 Patent: Claim 1; '388 Patent: Claim 1; '662 Patent: Claims 1, 4, 5, 6, | Plain and ordinary meaning (subject to the construction of "fault message" and "memory section controller") |

| controller(s)" | 12, 13 | |
|---|---|---|
| (7) "shift register" | '662 Patent: Claims 5, 10, 11, 19, 20 | Any register, device, stage or anything else with one or more selectable inputs that allows a signal to be received at an input and then output on the occurrence of some event, such as, for example, a control or clock signal |
| (8) "storage location" | '177 Patent: Claims 1, 5, 13, 15, 19; <br> '388 Patent: Claims 1, 2, 6, 7, 8, 14, 17; <br> '662 Patent: Claims 1, 4, 5, 6, 9, 12, 13, 14, 17, 18, 19, 20, 21 | Plain and ordinary meaning |
| (9) "transmitting a fault message to the detected fault(s) | '177 Patent: Claims 1, 13, 19; <br> '388 Patent: Claim 1; <br> '662 Patent: Claims 1, 4, 5, 6, 12, 13, 14, 17, 19, 20, 21 | Plain and ordinary meaning (subject to the construction of "fault" and "fault message.") |
| (10) store a back-up of data stored by one or more of the memory sections into the non-volatile storage device | '662 Patent: Claim 2 | Plain and ordinary meaning (subject to the construction of "memory sections" and "non-volatile storage device") |