IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-763 (RGA) |
| ) | |
| AMAZON WEB SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| PARALLEL IRON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-764 (RGA) |
| ) | |
| EMC CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| PARALLEL IRON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-769 (RGA) |
| ) | |
| NETAPP, INC., ) | |
| ) | |
| Defendant. ) | |
| PARALLEL IRON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-876 (RGA) |
| ) | |
| FACEBOOK INC., ) | |
| ) | |
| Defendant. ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-877 (RGA) |
| | ) | |
| LINKEDIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-878 (RGA) |
| | ) | |
| MORGAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-879 (RGA) |
| | ) | |
| MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-880 (RGA) |
| | ) | |
| ORBITZ, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-995 (RGA) |
| | ) | |
| BANK OF AMERICA N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1035 (RGA) |
| | ) | |
| NETFLIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-367 (RGA) |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-766 (RGA) |
| | ) | |
| HITACHI DATA SYSTEMS CORPORATION and BLUEARC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Initial Invalidity Contentions and Production of Documents Pursuant to Paragraph 4.D* were caused to be served on August 5, 2013 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Marc A. Fenster, Esquire<br>Alexander C.D. Giza, Esquire<br>Paul A. Kroeger, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Amazon Web Services LLC; Amazon.com, Inc.; EMC Corporation; Google Inc.; LinkedIn Corporation; Motorola Mobility LLC; NetApp, Inc. and Netflix, Inc.*

August 5, 2013
7428192.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants:

I further certify that I caused copies of the foregoing document to be served on August 5, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Alexander C.D. Giza, Esquire<br>Paul A. Kroeger, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Hao Ni<br>NI LAW FIRM, PLLC<br>3102 Maple Avenue, Suite 400<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)