## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-995-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-878-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MORGAN STANLEY, | ) |
| | ) |
| Defendant. | ) |
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-766-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HITACHI DATA SYSTEMS CORPORATION | ) |
| and BLUEARC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 5, 2013, upon the following attorneys of record as indicated below:

DEFENDANTS' INITIAL INVALIDITY CONTENTIONS AND
PRODUCTION OF DOCUMENTS PURSUANT TO PARAGRAPH 4.D

(portions of which are marked "ATTORNEYS EYES ONLY PURSUANT TO PROTECTIVE ORDER")

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Richard D. Kirk | Marc A. Fenster |
| Stephen B. Brauerman | Alexander C.D. Gaza |
| Vanessa R. Tiradentes | Paul A. Kroeger |
| Bayard, P.A. | Russ, August & Kabat |
| 222 Delaware Avenue, Suite 900 | 12424 Wilshire Boulevard |
| P. O. Box 25130 | 12th Floor |
| Wilmington, DE  19899 | Los Angeles, CA 90025 |
| rkirk@bayardlaw.com | mfenster@raklaw.com |
| sbrauerman@bayardlaw.com | agiza@raklaw.com |
| vtiradentes@bayardlaw.com | pkroeger@raklaw.com |

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

Dated:  August 6, 2013
1117836 / 39388

*Attorneys for Defendants Bank of America, N.A., Morgan Stanley, Hitachi Data Systems Corporation and BlueArc Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Bindu A. Palapura, hereby certify that on August 6, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 6, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Marc A. Fenster |
| Stephen B. Brauerman | Alexander C.D. Gaza |
| Vanessa R. Tiradentes | Paul A. Kroeger |
| Bayard, P.A. | Russ, August & Kabat |
| 222 Delaware Avenue, Suite 900 | 12424 Wilshire Boulevard |
| P. O. Box 25130 | 12th Floor |
| Wilmington, DE  19899 | Los Angeles, CA 90025 |
| rkirk@bayardlaw.com | mfenster@raklaw.com |
| sbrauerman@bayardlaw.com | agiza@raklaw.com |
| vtiradentes@bayardlaw.com | pkroeger@raklaw.com |

Hao Ni
NI Law Firm, PLLC
3102 Maple Ave., Suite 400
Dallas, TX  75201
hni@nilawfirm.com

By:   /s/ Bindu A. Palapura
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1071187 / 39388