IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARALLEL IRON LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-878-RGA |
| | : | |
| MORGAN STANLEY, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

For the reasons stated in open court, this 30th day of August 2013, the Motion to Stay (D.I. 32) is **GRANTED**.

*[signature]*
United States District Judge