IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-878-RGA |
| MORGAN STANLEY, | : |
| Defendant. | : |

## ORDER

WHEREAS, the above-captioned case was stayed on August 30, 2013, due to litigation that is presently pending before the Court (see Civil Action 13-443-RGA) (D.I. 51);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the litigation in Civil Action 13-443-RGA has been resolved so that this case may be reopened and other appropriate action may be taken.

August 30, 2013
DATE

UNITED STATES DISTRICT JUDGE