IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>MORGAN STANLEY,<br>　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 1:12-cv-878-RGA<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant Morgan Stanley ("Morgan Stanley") announced to the Court that Plaintiff's claims for relief against Morgan Stanley asserted in this case have been settled. Plaintiff and Morgan Stanley have therefore requested that the Court dismiss Plaintiff's claims for relief against Morgan Stanley, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Morgan Stanley are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this 18th day of Nov, 2014.

　　　　　　　　　　　　　　　　　　　_Richard G. Andrews_
　　　　　　　　　　　　　　　　　　　U.S.D.J.